DISMISS; Opinion filed November 7, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-12-01328-CV

THERESA BARNETT, Appellant

V.

DAVID S. CROCKETT AND DAVID S. CROCKETT & CO., Appellees

On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-00136-F

# MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Francis

By letter dated October 12, 2012, the Court questioned its jurisdiction over the appeal. Specifically, it appears there is no final judgment. We instructed appellant to file, within ten days, a jurisdictional brief explaining how we have jurisdiction over the appeal.

Unless an interlocutory appeal is specifically authorized by the constitution or statute, we have jurisdiction only over appeals taken from final judgments. *See Beckham Grp., P.C. v. Snyder*, 315 S.W.3d 244, 245 (Tex. App.—Dallas 2010, no pet.). A final judgment is one that disposes of all pending parties and claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An order denying a motion to compel discovery is an unappealable interlocutory order. *See Pelt v. State Board of Insurance*, 802 S.W.2d 822, 827 (Tex. App.—Austin 1990, no writ).

Appellant filed a jurisdictional brief. In her brief, she admits the case remains pending in the trial court and that the order appealed is interlocutory. Alternatively, appellant contends the Court may consider her appeal as a petition for writ of mandamus. Appellant has not filed a petition for writ of mandamus in accordance with the rules of appellate procedure. *See* TEX. R. APP. P. 52.

Appellant filed a direct appeal of the trial court's order denying her motion to compel discovery. Because the order appellant appeals from is interlocutory, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

MOLLY FRANCIS
JUSTICE

121328F.P05

—2—



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THERESA BARNETT, Appellant

No. 05-12-01328-CV     V.

DAVID S. CROCKETT AND DAVID S. CROCKETT & CO., Appellees

Appeal from the 116th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 10-00136-F).
Opinion delivered by Justice Francis, Justices Morris and Murphy, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, David S. Crockett and David S. Crockett & Co., recover their costs of the appeal from appellant, Theresa Barnett.

Judgment entered November 7, 2012.

_____
MOLLY FRANCIS
JUSTICE